```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08090
    ANDREA ELCOCK
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9079


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/03/2007 and was not confirmed.

      The case was dismissed without confirmation 07/23/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING      CURRENT MORTG         .00           .00            .00
LITTON LOAN SERVICING      UNSECURED       NOT FILED           .00            .00
LITTON LOAN SERVICING      MORTGAGE ARRE   18500.00            .00            .00
SPRINT PCS                 UNSECURED       NOT FILED           .00            .00
MEIJER INC                 UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00            .00
JAMES F LELAND MD          UNSECURED         1037.40           .00            .00
WEST SUBURBAN MEDICAL CE   UNSECURED       NOT FILED           .00            .00
ST VINCENT HOSPITAL        UNSECURED       NOT FILED           .00            .00
HOLLYWOOD ENTERTAINMENT    UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
VILLAGE OF BELLWOOD        UNSECURED          250.00           .00            .00
STATEWIDE CREDIT ASSN      UNSECURED       NOT FILED           .00            .00
UNIVERSITY OF PHOENIX      UNSECURED       NOT FILED           .00            .00
CRESCENT RECOVERY LLC      UNSECURED         8145.26           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED          309.89           .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                          484.62

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     484.62

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 484.62
                        --------------    --------------
TOTALS                      484.62             484.62


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08090 ANDREA ELCOCK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/18/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |